United States District Court for the Eastern District of New York to all Current and Former Employees of Everlast Sign & Service Inc.

# If you worked for EVERLAST SIGN & SERVICE INC. within the last 6 years, you may be eligible to join this Lawsuit

## The Court Authorized this Notice. This is not a Solicitation from a Lawyer

## WHAT'S THIS CASE ABOUT?

Frank Rafter Jr., Thomas Kelly, and Sifu Simms, former employees of Everlast Sign & Service Inc., have filed a lawsuit against this company and its owners and managers (the "Defendants"), claiming, *inter alia*, that Defendants did not pay them the mandatory statutory minimum wage rate, properly pay them overtime, or properly reimburse them for their gasoline and vehicle maintenance expenses under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL").

**Questions?**
Contact Plaintiffs' counsel at:
(516) 304-5357 or brian@grebenlegal.com

The case is known as: Frank Rafter Jr., Thomas Kelly, and Sifu Simms, on behalf of themselves and others similarly situated, against Everlast Sign & Service Inc., Ann Tiefenworth, Alexa Tiefenworth, Lisa Piaone, Frank Piaone and Arthur Flynn, Case No.: 21 cv 4588 (ARR) (LGD). You are eligible to make a state claim if you worked for the Defendants at any time since August 15, 2015, and you are eligible to make a federal claim if you worked for the Company at any time since August 15, 2018.

## DO I QUALIFY TO JOIN THE LAWSUIT?

Our records indicate that you may qualify to join this lawsuit. You may qualify if you have worked for the Defendants at any time from August 15, 2015 to the present. You can still qualify if you were paid in cash, and you do not need written proof showing that you actually did such work in order to join the lawsuit.

## WHAT DO I HAVE TO DO TO JOIN THE LAWSUIT?

If you want to join, you have to sign the enclosed blue form, include your name, address, email address, and the best phone number to reach you, and put it in the mail (or e-mail it to the e-mail address below) on or before [60 days from service of notices] to join the federal action. Your name will be filed with the Court, but your address, e-mail address and phone number, if you choose to provide them, will not. Remember that if you do not complete the blue form and send it in on time, you will not be included in the federal action even if your name appears on the company payroll records. If you were paid by check, please write your name exactly as it appeared on your paycheck when you fill out the blue form, and the address where you want your payment or any other notices mailed to. Your legal rights will be affected depending on whether you send in the blue form or not, so please read this carefully. **By signing the blue form, you agree that you will be represented by the Collective Counsel, The Law office of Brian L. Greben.**

## WHAT HAPPENS IF I JOIN THIS LAWSUIT?

You will be bound by any ruling, settlement, or judgment, whether favorable or unfavorable. If there is a favorable resolution, either by settlement or judgment, and you qualify under the law, you may be entitled to some portion of the recovery. By joining this lawsuit, you designate Plaintiffs, or their counsel, to the fullest extent possible, to make decisions on your behalf concerning the case, the method and manner of conducting the case, and all other matters pertaining to this lawsuit.

## WHAT IF I DECIDE NOT TO JOIN THE LAWSUIT?

If you decide not to join this lawsuit, you will not receive any of the benefits obtained if the workers are successful in the lawsuit. Additionally, if you do not join, the time within which you are allowed to file your own federal lawsuit will continue to run and will eventually run out.

## CAN I PARTICIPATE IN THIS LAWSUIT REGARDLESS OF MY IMMIGRATION STATUS?

Yes. You have a right to participate in this Lawsuit regardless of your immigration status.

## IF I JOIN, WILL THERE BE ANY IMPACT ON MY EMPLOYMENT?

**FEDERAL AND STATE LAW PROHIBIT DEFENDANTS FROM DISCHARGING OR RETALIATING AGAINST YOU IN ANY OTHER MANNER BECAUSE YOU JOIN THIS CASE.**

## THIS NOTICE HAS BEEN AUTHORIZED BY THE COURT

This notice and its contents have been authorized by Judge Lee G. Dunst of the United States District Court for the Eastern District of New York, located in Brooklyn, New York. The Court has not yet ruled on whether Plaintiffs' claims or Defendants' defenses have merit.

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK OF THE COURT ABOUT THIS NOTICE.**

Although the Court has approved the sending of this Notice, the Court expresses no opinion on the merits of the Lawsuit, or whether you should join the lawsuit.

## WHO SHOULD I CALL IF I WANT MORE INFORMATION ABOUT THE LAWSUIT OR WHAT MY RIGHTS ARE?

**Collective/Class Counsel:**
Brian L. Greben, Esq.
LAW OFFICE OF BRIAN L. GREBEN
316 Great Neck Road
Great Neck, NY 11021
516-304-5357
or e-mail to brian@grebenlegal.com