# CONSENT TO JOIN FORM

I consent to join as a Plaintiff in the lawsuit brought by FRANK RAFTER JR., THOMAS KELLY, and SIFU SIMMS, on behalf of themselves and others similarly situated, against EVERLAST SIGN & SERVICE INC., ANN TIEFENWORTH, ALEXA TIEFENWORTH, LISA PIAONE, FRANK PIAONE and ARTHUR FLYNN, U.S.D.C., E.D.N.Y., Case No.: 21 cv 4588 (ARR) (LGD). I hereby designate the Law Offices of Brian L. Greben to represent me in this lawsuit.

____________________________
Signature

____________________________
Print Full Name
(As it appeared on Paycheck
If you were paid by check)

Address ______________________________

Apt. No. __________

_____________________________________
City, State & Zip Code

_____________________________________
Your e-mail address

__________________
Best Phone Number
to Reach You

NOTE: YOUR E-MAIL ADDRESS AND TELEPHONE NUMBER WILL NOT BE SHARED WITH ANYONE – IT IS ONLY FOR US TO BE ABLE TO REACH YOU IF WE NEED TO. ***THIS INFORMATION WILL BE BLOCKED OUT*** BEFORE FILING THIS FORM WITH THE COURT.

**Questions?**
Contact Plaintiffs' counsel at:
(516) 304-5357 or brian@grebenlegal.com