# ***COURT AUTHORIZED NOTICE OF LAWSUIT***

Re: FRANK RAFTER JR., THOMAS KELLY, and SIFU SIMMS, on behalf of themselves and others similarly situated, against EVERLAST SIGN & SERVICE INC., ANN TIEFENWORTH, ALEXA TIEFENWORTH, LISA PIAONE, FRANK PIAONE and ARTHUR FLYNN, U.S.D.C., E.D.N.Y., Case No.: 21 cv 4588 (ARR) (LGD)

If you were employed by Defendants at any time from August 15, 2015 to the present, you might be entitled to join a lawsuit seeking, *inter alia*, minimum wage, overtime compensation, and reimbursement for the use of your vehicle, such as gasoline and maintenance. For additional information about the case, including how to join, please open and review the attached documents.

THIS ELECTRONIC NOTICE AND ITS CONTENTS ARE NOT SPAM OR SOLICITATION TO JOIN A LAWSUIT. THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE LEE G. DUNST OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.