# ***REMINDER NOTICE***

Re: FRANK RAFTER JR., THOMAS KELLY, and SIFU SIMMS, on behalf of themselves and others similarly situated, against EVERLAST SIGN & SERVICE INC., ANN TIEFENWORTH, ALEXA TIEFENWORTH, LISA PIAONE, FRANK PIAONE and ARTHUR FLYNN, U.S.D.C., E.D.N.Y., Case No.: 21 cv 4588 (ARR) (LGD)

Within the past month, you should have received a Court-authorized Notice explaining that you may be eligible to participate in a collective lawsuit against Everlast Sign & Service Inc., Ann Tiefenworth, Alexa Tiefenworth, Lisa Piaone, Frank Piaone and Arthur Flynn on behalf of employees. If you have any questions about the Notice or the case, or if you did not receive or no longer have the Notice, you should contact Brian L. Greben at The Law Offices of Brian L. Greben by calling (516) 304-5357 or emailing brian@grebenlegal.com.

**IMPORTANT:** Our records indicate that you have not submitted a Consent Form. In order to participate in this collective action lawsuit and be eligible to collect unpaid wages, you must

1. **COMPLETE AND SIGN THE ATTACHED "CONSENT TO JOIN FORM"; AND**

2. **MAIL, FAX, OR EMAIL THE "CONSENT TO JOIN FORM" TO THE ADDRESS BELOW:**

Brian L. Greben, Esq.
Law Office of Brian L. Greben
316 Great Neck Road
Great Neck, NY 11021
Tel: (516) 304-5357
Fax: (516) 726-8425
Email: brian@grebenlegal.com

**In order to participate in this lawsuit, your Consent To Form must be post-marked or emailed no later than [ DATE - 60 days from mailing of notice].**