***<u>Subject Line:</u>*** "COURT AUTHORIZED REMINDER NOTICE: COURT AUTHORIZED MESSAGE: FRANK RAFTER JR., THOMAS KELLY, and SIFU SIMMS, on behalf of themselves and others similarly situated, against EVERLAST SIGN & SERVICE INC., ANN TIEFENWORTH, ALEXA TIEFENWORTH, LISA PIAONE, FRANK PIAONE and ARTHUR FLYNN, U.S.D.C., E.D.N.Y., Case No.: 21 cv 4588 (ARR) (LGD)"

# ***<u>COURT AUTHORIZED REMINDER NOTICE</u>***

Within the past month, you should have received a Court-authorized Notice explaining that you may be eligible to participate in a collective lawsuit against Everlast Sign & Service Inc., Ann Tiefenworth, Alexa Tiefenworth, Lisa Piaone, Frank Piaone and Arthur Flynn on behalf of employees. For additional information about the case, including how to join, please open and review the attached documents.

THIS ELECTRONIC NOTICE AND ITS CONTENTS ARE NOT SPAM OR SOLICITATION TO JOIN A LAWSUIT. THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE LEE G. DUNST OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.