# ***COURT AUTHORIZED REMINDER NOTICE***

Re: FRANK RAFTER JR., THOMAS KELLY, and SIFU SIMMS, on behalf of themselves and others similarly situated, against EVERLAST SIGN & SERVICE INC., ANN TIEFENWORTH, ALEXA TIEFENWORTH, LISA PIAONE, FRANK PIAONE and ARTHUR FLYNN, U.S.D.C., E.D.N.Y., Case No.: 21 cv 4588 (ARR) (LGD)

Within the past month, you should have received a Court-authorized Notice explaining that you may be eligible to participate in a collective lawsuit against Everlast Sign & Service Inc., Ann Tiefenworth, Alexa Tiefenworth, Lisa Piaone, Frank Piaone and Arthur Flynn on behalf of employees. For additional information about the case, including how to join, PLEASE visit [insert URL linking to a copy of the court-authorized notice form and/or the court authorized notice when applicable].

THIS ELECTRONIC NOTICE AND ITS CONTENTS ARE NOT SPAM OR SOLICITATION TO JOIN A LAWSUIT. THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE SANKET J. BULSARA OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.