AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Frank Rafter, Jr. et al <br> *Plaintiff* <br> v. <br> Everlast Sign & Service Inc. et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:21-cv-04588-NRM-LGD |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiffs are awarded $110,929.32, of which $55,464.66 is in compensatory damages and $55,464.66 in liquidated damages. Named Plaintiff Rafter shall also recover $19,416.78 in pre-judgment interest. Named Plaintiff Kelly shall also recover $8,398.12 in pre-judgment interest. Named Plaintiff Simms shall also recover $2,844.66 in pre-judgment interest. Plaintiffs shall also recover post-judgment interest on the entire money award of $141,588.88, inclusive of pre-judgment interest and liquidated damages, calculated from the date the Clerk of Court enters judgment in this action until the date of payment, at the rate set forth in 28 U.S.C. § 1961. This Judgment does not dispose of any other post-trial motions either party may file under Fed. R. Civ. Proc. 59 within 28 days of the entry of judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Nina R. Morrison _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 8/1/2025

Brenna B. Mahoney
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*