UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK RAFTER JR., THOMAS KELLY, and SEFU SIMMS, on behalf of themselves and others similarly situated,

plaintiffs,

-against-

**CASE NO: 21 cv 4588 (NM) (LGD)**

EVERLAST SIGN & SERVICE INC., EVERLAST SERVICE COMPANY, INC., MIKEY T. INC. (d/b/a EVERLAST ADVERTISING), EVERLAST SERVICE INC. 2, ALL ISLAND SIGNS, LLC (d/b/a ALL ISLAND SIGN COMPANY), ANN TIEFENWORTH, ALEXA TIEFENWORTH, LISA PAONE, FRANK PAONE, and ARTHUR FLYNN,

Defendants.
------------------------------------------------------------X

Please take notice that upon the accompanying Memorandum of Law, Affirmation of Brian L. Greben, and annexed Exhibits, plaintiffs, on behalf of themselves and the FLSA Collective Plaintiffs, by their undersigned attorney, hereby move pursuant to 29 U.S.C. § 216(b) and NYLL § 663(1) for an award of attorney's fees, costs, and such other and further relief, as this Honorable Court may deem appropriate.

Dated: Great Neck, New York
August 15, 2025

LAW OFFICE OF BRIAN L. GREBEN

/s/ Brian L. Greben

Brian L. Greben
316 Great Neck Road
Great Neck, NY 11021
(516) 304-5357
brian@grebenlegal.com