| | | | |
|---|---|---|---|
| | ***Frank Rafter Jr. et al. v. Everlast Sign & Service, Inc.***<br>**E.D.N.Y. 21 cv 4588 (NM) (LGD)** | | |
| **DATE OF TASK** | **TASK** | **HOURS SPENT** | **FEE** |
| | | | |
| 2/23/2021 | Initial telephone call with Frank Rafter | 0.6 | $240.00 |
| 2/23/2021 | Preparation of Retainer agreement | 0.4 | $160.00 |
| 2/23/2021 | Research re Everlast Sign business | 0.8 | $320.00 |
| 2/24/2021 | Initial meeting with Frank Rafter | 1.1 | $440.00 |
| 5/12/2021 | Telephone call with Frank Rafter re details of retention | 0.3 | $120.00 |
| 5/12/2021 | Revisions to retainer agreement | 0.3 | $120.00 |
| 5/13/2021 | Receipt and review of audio message from Anne Tiefenworth | 0.1 | $40.00 |
| 5/13/2021 | Telephone call with Frank Rafter re details of responsible individuals | 0.3 | $120.00 |
| 5/18/2021 | Preparation of Frank Rafter damage estimate | 2.2 | $880.00 |
| 5/24/2021 | Telephone conversation with Frank Rafter re details, possible witnesses | 0.5 | $200.00 |
| 5/24/2021 | Revision to damage estimate | 0.3 | $120.00 |
| 7/8/2021 | Telephone conference with Tom Kelly re Kelly claims | 0.4 | $160.00 |
| 7/8/2021 | Preparation of Kelly retainer agreement | 0.3 | $120.00 |
| 7/8/2021 | Preparation of demand letter | 2.2 | $880.00 |
| 7/11/2021 | Research re mileage reimbursement under FLSA and NYLL | 0.8 | $320.00 |
| 7/11/2021 | Revisions to damage estimate re expense reimbursement | 0.4 | $160.00 |
| 7/12/2021 | Revisions to damage estimate re expense reimbursement | 0.3 | $120.00 |
| 7/12/2021 | Research re corporate status of Everlast | 0.3 | $120.00 |
| 7/12/2021 | Revisions to demand letter re damages | 0.5 | $200.00 |
| 7/13/2021 | R&R of signed Tom Kelly retainer | 0.1 | $40.00 |
| 7/13/2021 | Revisions to demand letter to include Tom Kelly claims | 1.3 | $520.00 |
| 7/14/2021 | Calculation of Tom damages | 0.8 | $320.00 |
| 7/14/2021 | Finalization of demand letter with Frank and Tom claims | 0.7 | $280.00 |
| 8/1/2021 | Drafting of complaint | 1.8 | $720.00 |
| 8/2/2021 | Continued drafting of complaint | 1.4 | $560.00 |
| 8/4/2021 | Initial telephone call conference with Sefu Simms | 0.4 | $160.00 |
| 8/4/2021 | Preparation of Sims retainer agreement | 0.3 | $120.00 |
| 8/9/2021 | Calculation of Sims damages | 0.7 | $280.00 |
| 8/9/2021 | Research re "kickbacks", mileage and tools of trade reimbursement | 1.9 | $760.00 |
| 8/9/2021 | Preparation of consent to sue forms for clients | 0.3 | $120.00 |
| 8/15/2021 | Finalization of Complaint, adding new claims | 1.1 | $440.00 |
| 8/15/2021 | Drafting of civil cover sheet | 0.6 | $240.00 |
| 8/15/2021 | Drafting of proposed Summons | 0.3 | $120.00 |
| 8/15/2021 | Filing Complaint and pleadings | 0.5 | $200.00 |
| 8/16/2021 | R&R of notice from clerk re changes to filings | 0.1 | $40.00 |

| | | | |
|---|---|---|---|
| 8/16/2021 | R&R of judge assignments, notice re option to assign to magistrate | 0.1 | $40.00 |
| 8/16/2021 | Review of Magistrate Tomlinson individual rules | 0.3 | $120.00 |
| 8/16/2021 | R&R of executed Summonses | 0.1 | $40.00 |
| 8/16/2021 | Preparation of Waiver of Service forms | 0.3 | $120.00 |
| 8/23/2021 | Receipt and filing of Waiver of Service forms | 0.3 | $120.00 |
| 10/19/2021 | Receipt and Review of Answer and Affirmative Defenses | 0.4 | $160.00 |
| 11/8/2021 | R&R of initial discovery/mediation referral order | 0.3 | $120.00 |
| 11/19/2021 | Review of Magistrate Lindsay individual rules | 0.3 | $120.00 |
| 12/27/2021 | Review of IAB decision re independent contractor status | 0.4 | $160.00 |
| 11/28/2021 | Drafting and filing Amended Complaint re additional corporate entities | 0.5 | $200.00 |
| 12/16/2021 | Receipt and Review of Amended Answer and Affirmative Defenses | 0.2 | $80.00 |
| 12/19/2021 | R&R of Frank Schedule C's | 0.4 | $160.00 |
| 12/19/2021 | R&R of Frank Rafter indiv job assignment sheets | 0.5 | $200.00 |
| 12/19/2021 | redacting Frank Schedule C's, prepare for production | 0.4 | $160.00 |
| 12/21/2021 | R&R of Frank 1099's, redact to prepare for production | 0.6 | $240.00 |
| 12/21/2021 | Preparation of Frank Rafter documents for discovery production, including tax forms, 1099's, job sheets, and checks | 0.5 | $200.00 |
| 12/21/2021 | Preparation of Tom Kelly documents for discovery production, including 1099's and Everlast "rules" | 0.4 | $160.00 |
| 12/21/2021 | Review of photographs and financial information submitted by Sefu Simms | 0.4 | $160.00 |
| 12/21/2021 | Review of financial documents and calendars produced by Everlast | 1.1 | $440.00 |
| 12/26/2021 | Production of mediation interrogatories for Frank Rafter and Tom Kelly | 1.2 | $480.00 |
| 12/27/2021 | Production of mediation interrogatories for Sefu Simms | 0.5 | $200.00 |
| 12/28/2021 | Revision of Sefu Simms Damage estimate | 0.2 | $80.00 |
| 12/28/2021 | Preparation of Exhibits for pre-mediation discovery, including financial records, rules, photographs, job sheets, etc. | 1.5 | $600.00 |
| 12/29/2021 | Finalization of pre-mediation I interrogatories | 0.3 | $120.00 |
| 1/13/2022 | meeting and communicating with clients do discuss interrogatories, notarizing | 0.4 | $160.00 |
| 1/13/2022 | Finalization and service of client financials re pre-mediation discovery | 0.5 | $200.00 |
| 1/25/2022 | Review of Everlast installer ad. | 0.2 | $80.00 |
| 1/25/2022 | Review of Everlast Craig's List ad. | 0.2 | $80.00 |
| 2/9/2022 | R&R of Judge Lindsay referral to mediation | 0.1 | $40.00 |
| 2/11/2022 | R&R of mediation instructions | 0.3 | $120.00 |
| 2/27/2022 | Drafting request to Judge Lindsay for formal mediation | 0.2 | $80.00 |

| | | | |
|---|---|---|---|
| 3/31/2022 | Telephone discussion with defendants' counsel re extending mediation, R&R of defendants letter motion seeking extension of mediation | 0.4 | $160.00 |
| 4/18/2022 | R&R of court notice re selection of mediator | 0.1 | $40.00 |
| 5/24/2022 | Review, organization and redacting of tax forms from named plaintiffs | 1 | $400.00 |
| 5/25/2022 | Drafting and filing of mediation statement with multiple exhibits | 2.1 | $840.00 |
| 5/26/2022 | Continued rafting and filing of mediation statement with multiple exhibits | 1.5 | $600.00 |
| 6/8/2022 | R&R of notice of case reassignment to Judge Dunst | 0.1 | $40.00 |
| 6/13/2022 | Participation in mediation with Vishnick McGovern Milizio | 3 | $1,200.00 |
| 6/14/2022 | R&R and execution of mediation confidentiality form | 0.2 | $80.00 |
| 6/23/2022 | R&R of defendant's pre-motion letter re moving for SJ | 0.3 | $120.00 |
| 6/24/2022 | R&R of court notice re receipt of pre-motion letter, schedule | 0.1 | $40.00 |
| 6/30/2022 | Review of Judge Allyn Ross rules | 0.4 | $160.00 |
| 6/30/2022 | Drafting of opposition to defendant's pre-MSJ letter motion | 2.6 | $1,040.00 |
| 7/11/2022 | R&R of Order re more info needed from defendant for pre-MSJ motion, scheduling | 0.1 | $40.00 |
| 7/15/2022 | R&R of defendant response to Judge Order re additional information needed | 0.2 | $80.00 |
| 7/18/2022 | Drafting and filing opposition to defendant's second pre-MSJ letter motion | 1.5 | $600.00 |
| 7/22/2022 | Telephone conference with Judge Ross and defendants' counsel re defendants request to move for SJ | 0.4 | $160.00 |
| 7/22/2022 | R&R of minutes re telephone conference | 0.1 | $40.00 |
| 8/3/2022 | Drafting and filing pre-motion letter re need for discovery schedule and permission to move for precertification of a collective action | 0.8 | $320.00 |
| 8/24/2022 | R&R of Order re discovery, moving for conditional certification | 0.1 | $40.00 |
| 9/13/2022 | Telephone conversation with Frank Rafter re affidavit for precertification motion | 0.6 | $240.00 |
| 9/14/2022 | Drafting of preliminary statement section of memorandum of law in support of Motion for Conditional Certification of Collective Action | 0.8 | $320.00 |
| 9/14/2022 | Drafting of background section of memorandum of law in support of Motion for Conditional Certification of Collective Action re Everlast's unlawful practices | 2.8 | $1,120.00 |
| 9/15/2022 | Drafting interrogatories | 1.2 | $480.00 |
| 9/15/2022 | Drafting document demands | 2.6 | $1,040.00 |
| 9/15/2022 | Continued drafting of background section of memorandum of law in support of Motion for Conditional Certification of Collective Action re clients and individual cases | 2.3 | $920.00 |
| 9/16/2022 | Preparation of Affidavit of Frank Rafter in support of Motion for Conditional Certification of Collective Action | 1.4 | $560.00 |

| | | | |
|---|---|---|---|
| 9/16/2022 | Drafting of procedural history section of memorandum of law in support of Motion for Conditional Certification of Collective Action | 0.5 | $200.00 |
| 9/16/2022 | Drafting of section of memorandum of law in support of Motion for Conditional Certification of Collective Action re plaintiffs were employees, not independent contractors | 2.9 | $1,160.00 |
| 9/18/2022 | Continued drafting of section of memorandum of law in support of Motion for Conditional Certification of Collective Action re plaintiffs were employees, not independent contractors | 2.6 | $1,040.00 |
| 9/18/2022 | Drafting of sections of memorandum of law in support of Motion for Conditional Certification of Collective Action re the multiple notices and announcements accompanying motion papers and why they should be approved | 2 | $800.00 |
| 9/19/2022 | Continued drafting of sections of memorandum of law in support of Motion for Conditional Certification of Collective Action re the multiple notices announcements accompanying motion papers and why they should be approved | 2.8 | $1,120.00 |
| 9/20/2022 | Preparation of Affidavit of Tom Kelly in support of Motion for Conditional Certification of Collective Action | 0.7 | $280.00 |
| 9/20/2022 | Continued drafting of sections of memorandum of law in support of Motion for Conditional Certification of Collective Action re the multiple notices announcements accompanying motion papers and why they should be approved | 4 | $1,600.00 |
| 9/21/2022 | Continued drafting of sections of memorandum of law in support of Motion for Conditional Certification of Collective Action re the multiple notices announcements accompanying motion papers and why they should be approved | 1.2 | $480.00 |
| 9/21/2022 | Drafting of section of memorandum of law in support of Motion for Conditional Certification of Collective Action re the merits of the action are irrelevant vis a vis approval of collective at this stage | 1.2 | $480.00 |
| 9/22/2022 | Drafting of section of memorandum of law in support of Motion for Conditional Certification of Collective Action re plaintiffs have made required factual showings | 0.8 | $320.00 |
| 9/23/2022 | Continued drafting of section of memorandum of law in support of Motion for Conditional Certification of Collective Action re plaintiffs have made required factual showings | 0.3 | $120.00 |
| 9/23/2022 | Drafting of section of memorandum of law in support of Motion for Conditional Certification of Collective Action re Court should approve requested notice periods | 0.9 | $360.00 |
| 9/23/2022 | Drafting of section of memorandum of law in support of Motion for Conditional Certification of Collective Action re required discovery and why it must be provided | 1 | $400.00 |

| | | | |
|---|---|---|---|
| 9/24/2022 | Drafting of section of memorandum of law in support of Motion for Conditional Certification of Collective Action re methodology for notice dissemination | 1.3 | $520.00 |
| 9/24/2022 | Drafting of section of memorandum of law in support of Motion for Conditional Certification of Collective Action re equitable tolling | 0.5 | $200.00 |
| 9/25/2022 | Drafting of conclusions section of memorandum of law in support of Motion for Conditional Certification of Collective Action | 0.3 | $120.00 |
| 9/25/2022 | Drafting of Notice of Motion for Conditional Certification of Collective Action | 0.6 | $240.00 |
| 9/26/2022 | Preparation of Affidavit of Sefu Simms in support of Motion for Conditional Certification of Collective Action | 0.6 | $240.00 |
| 9/26/2022 | Drafting of Declaration of Brian L. Greben in support of Motion for Conditional Certification of Collective Action | 0.3 | $120.00 |
| 9/26/2022 | Assembly and finalization of Exhibits in support of Motion for Conditional Certification of Collective Action | 1.1 | $440.00 |
| 9/26/2022 | Preparation of tables of contents and authorities of Memorandum of Law in support of Motion for Conditional Certification of Collective Action | 1.9 | $760.00 |
| 9/26/2022 | Preparation of cover letter to plaintiff's counsel re motion for conditional certification | 0.2 | $80.00 |
| 9/27/2022 | Preparation of cover letter to Judge Dunst re motion for conditional certification | 0.2 | $80.00 |
| 9/27/2022 | Receipt and review of plaintiff's document demands | 0.3 | $120.00 |
| 9/28/2022 | Receipt and review of granting of motion for a more definitive statement | 0.1 | $40.00 |
| 10/6/2022 | Receipt and Review of defendants opposition to motion for conditional certification | 0.2 | $80.00 |
| 10/13/2022 | Preparation of Reply in further support of motion for conditional certification, focus on refuting defendants' argument that more discovery is necessary before motion could be granted | 2 | $800.00 |
| 10/13/2022 | Filing complete copies of conditional certification motion papers and opposition | 0.2 | $80.00 |
| 10/14/2022 | Receipt and review of referral to judge Dunst of collective certification motion | 0.1 | $40.00 |
| 10/14/2022 | Drafting response to defendants' document demands | 2.1 | $840.00 |
| 10/17/2022 | Review in preparation for plaintiff's depositions | 2.1 | $840.00 |
| 10/18/2022 | R&R of defendant responses to plaintiff's demand for interrogatories | 0.6 | $240.00 |
| 10/18/2022 | Meeting with Frank and Tom and speaking on telephone with Sefu Simms in preparation for plaintiff's depositions | 3.2 | $1,280.00 |
| 10/19/2022 | R&R of case assignment to Judge Morrison | 0.1 | $40.00 |
| 10/19/2022 | R&R of defendant document production | 1.1 | $440.00 |

| | | | |
|---|---|---|---|
| 10/20/2022 | Drafting revised response to defendants' document demands | 0.4 | $160.00 |
| 10/21/2022 | Deposition of Sefu Simm | 1.8 | $720.00 |
| 10/21/2022 | Deposition of Frank Rafter | 1.6 | $640.00 |
| 10/21/2022 | Deposition of Tom Kelly | 1.4 | $560.00 |
| 10/24/2022 | Preparation for depositions of defendants | 4.1 | $1,640.00 |
| 10/25/2022 | Deposition of Arthur Flynn | 2.2 | $880.00 |
| 10/25/2022 | Deposition of Anne Tiefenworth | 1.6 | $640.00 |
| 10/25/2022 | Travel between office and defendant counsel office for depositions | 0.7 | $280.00 |
| 10/26/2022 | Deposition of Lisa Paone | 2.7 | $1,080.00 |
| 10/26/2022 | Deposition of Alexa Tiefenworth | 1.2 | $480.00 |
| 10/26/2022 | Travel between office and defendant counsel office for depositions | 0.7 | $280.00 |
| 10/28/2022 | R&R of order extending time to complete discovery | 0.1 | $40.00 |
| 10/31/2022 | Receipt and Review of defendants motion to amend answer to include additional affirmative defenses with exhibits | 0.3 | $120.00 |
| 10/31/2022 | R&R of letter motion from defendant arguing that more discovery is necessary before motion for conditional certification should be granted | 0.2 | $80.00 |
| 11/1/2022 | Receipt and review of order requesting explanation for timing of motion certify collective action | 0.1 | $40.00 |
| 11/2/2022 | Preparation of letter seeking adjournment of motion conference | 0.2 | $80.00 |
| 11/3/2022 | Receipt and review of order addressing letter seeking adjournment of motion conference | 0.1 | $40.00 |
| 11/7/2022 | R&R of letter motion from defendant asking that motion conference be held remotely | 0.1 | $40.00 |
| 11/7/2022 | granting of letter motion from defendant asking that motion conference be held remotely | 0.1 | $40.00 |
| 11/7/2022 | R&R of letter from defendant notifying court of final deposition | 0.1 | $40.00 |
| 11/8/2022 | R&R of order re plaintiffs' response to defendants request to amend answer | 0.1 | $40.00 |
| 11/14/2022 | Drafting and filing of letter to court detailing the parties agreements about amending pleadings, including assertion of additional affirmative defenses and additional defendant entities in complaint. | 0.4 | $160.00 |
| 11/17/2022 | Drafting and filing of letter to court responding to Court's inquiry re timing of motion for collective certification | 1.2 | $480.00 |
| 11/21/2022 | R&R of order re amended pleadings and requests for conference re same | 0.1 | $40.00 |
| 11/29/2022 | Deposition of Frank Paone | 1.6 | $640.00 |
| 11/29/2022 | Travel between office and defendant counsel office for depositions | 0.7 | $280.00 |

| | | | |
|---|---|---|---|
| 11/29/2022 | R&R of order re status of parties' positions re collective certification | 0.1 | $40.00 |
| 12/5/2022 | R&R of defendants' letter re their position regarding pending motion for conditional certification | 0.3 | $120.00 |
| 12/7/2022 | Drafting and filing response to defendants' letter re their position regarding pending motion for conditional certification, misrepresentations by defendant | 0.6 | $240.00 |
| 12/8/2022 | R&R of order re no more submissions for motion for collective certification without leave of court | 0.1 | $40.00 |
| 12/16/2022 | R&R of instructions re joint status report | 0.1 | $40.00 |
| 12/22/2022 | R&R of post deposition letter from defendants' counsel seeking tax returns and providing "cheat sheet", review of cheat sheet. | 0.2 | $80.00 |
| 12/29/2022 | Drafting of letter to defendants counsel providing Frank Paone deposition transcript and requesting documents | 0.4 | $160.00 |
| 1/5/2023 | Discovery and status conference with Judge Dunst and defendants | 0.2 | $80.00 |
| 2/16/2023 | R&R of Order from Judge Dunst re mediation | 0.1 | $40.00 |
| 3/2/2023 | R&R of Order from Judge Dunst re settlement conference | 0.1 | $40.00 |
| 3/7/2023 | Drafting and filing of mediation statement for mediation before Judge Dunst | 1.5 | $600.00 |
| 3/8/2023 | R&R of Order from Judge Dunst re settlement conference, instructions re same | 0.2 | $80.00 |
| 3/10/2023 | Travel to Central Islip for settlement conference, meetings with client re status confernce, appearance at settlement conference in Central Islip for which defendants failed to show up, return trod office | 2.3 | $920.00 |
| 3/14/2023 | R&R of minutes settlement conference in Islip for which defendants failed to show up, collective action and discovery going forward | 0.1 | $40.00 |
| 3/27/2023 | R&R of order adjourning status conference | 0.1 | $40.00 |
| 4/11/2023 | R&R of order adjourning status conference | 0.1 | $40.00 |
| 4/13/2023 | Receipt and review of report and recommendations re Order granting motion for conditional certification | 0.5 | $200.00 |
| 4/17/2023 | R&R of email with additional discovery responses from defendants' counsel | 0.2 | $80.00 |
| 4/17/2023 | Drafting of letter to Judge Dunst re discovery status | 0.3 | $120.00 |
| 4/17/2023 | R&R of letter motion from defendants counsel seeking additional time to object to magistrate report and recommendations | 0.1 | $40.00 |
| 4/17/2023 | R&R of letter from defendants counsel stating agreement with plaintiffs' earlier letter | 0.1 | $40.00 |
| 4/18/2023 | R&R of Order instructing defendants to confirm their agreement of plaintiffs' summary of discovery status | 0.1 | $40.00 |

| | | | |
|---|---|---|---|
| 4/19/2023 | Telephone discovery conference with Magistrate and defendants' counsel | 0.5 | $200.00 |
| 5/9/2023 | Preparation of opposition to defendant's objection to magistrate report and recommendation regarding motion for collective certification | 2.1 | $840.00 |
| 7/14/2023 | Receipt and review of assignment of case to Judge Morrison | 0.1 | $40.00 |
| 7/17/2023 | Drafting and serving of amended initial disclosures including multiple witnesses | 2.7 | $1,080.00 |
| 7/31/2023 | Order adopting magistrate report and recommendations re motion for collective certification | 0.2 | $80.00 |
| 8/1/2023 | R&R of order re lifting of discovery stay, discovery going forward | 0.1 | $40.00 |
| 8/8/2023 | R&R of list of Everlast installers with contract information | 0.4 | $160.00 |
| 8/8/2023 | emailing, texting, and mailing notices do prospective opt-in plaintiffs | 3.1 | $1,240.00 |
| 8/9/2023 | R&R of consent to join collective action from James Perez, redacting and filing | 0.3 | $120.00 |
| 8/9/2023 | R&R of consent to join collective action from Mauricio Tije, redacting and filing | 0.3 | $120.00 |
| 8/10/2023 | R&R of revised list of Everlast installers with contract information | 0.4 | $160.00 |
| 8/11/2023 | Drafting and filing status report | 0.4 | $160.00 |
| 8/15/2023 | Telephone conference with Judge Dunst, defendants' counsel | 0.4 | $160.00 |
| 8/16/2023 | R&R of minute entry re telephone conference with Judge Dunst, defendants' counsel | 0.1 | $40.00 |
| 8/19/2023 | R&R of consent to join collective action from Mark Corrado, redacting and filing | 0.3 | $120.00 |
| 8/21/2023 | R&R of consent to join collective action from Yuri Oblige hart, redacting and filing | 0.3 | $120.00 |
| 8/21/2023 | R&R of consent to join collective action from Martin Heneghan, redacting and filing | 0.3 | $120.00 |
| 8/21/2023 | R&R of consent to join collective action from Gerard N., redacting and filing | 0.3 | $120.00 |
| 8/24/2023 | R&R of consent to join collective action from John Kovalsky, redacting and filing | 0.3 | $120.00 |
| 8/28/2023 | R&R of consent to join collective action from Oneil Paiken, redacting and filing | 0.3 | $120.00 |
| 8/30/2023 | R&R of consent to join collective action from Kenneth Hardy, redacting and filing | 0.3 | $120.00 |
| 8/31/2023 | R&R of consent to join collective action from Samuel Blue, redacting and filing | 0.3 | $120.00 |
| 8/31/2023 | R&R of consent to join collective action from Steven Sforza, redacting and filing | 0.3 | $120.00 |
| 9/5/2023 | R&R of consent to join collective action from Paul A. King, redacting and filing | 0.3 | $120.00 |

| | | | |
|---|---|---|---|
| 9/13/2023 | R&R of consent to join collective action from Andrew Rainis, redacting and filing | 0.3 | $120.00 |
| 9/19/2023 | R&R of consent to join collective action from Gerard Pietrafesa, redacting and filing | 0.3 | $120.00 |
| 9/20/2023 | Texting/emailing/mailing additional notices re collective action to potential opt-in plaintiffs | 1.1 | $440.00 |
| 9/21/2023 | R&R of consent to join collective action from Angelo Amendolia, redacting and filing | 0.3 | $120.00 |
| 9/21/2023 | Telephone call with Carlos Patrick, preparation of interrogatories for claim | 0.7 | $280.00 |
| 9/21/2023 | Telephone call with Gerard Pietrafessa, preparation of interrogatories for claim | 0.6 | $240.00 |
| 9/22/2023 | Telephone call with Andrew Rainis, preparation of interrogatories for claim | 0.6 | $240.00 |
| 10/2/2023 | R&R of consent to join collective action from Andre Anderson, redacting and filing | 0.3 | $120.00 |
| 10/3/2023 | Telephone call with James Perez, preparation of interrogatories for claim | 0.7 | $280.00 |
| 10/4/2023 | Telephone call with Gerard Norelius, preparation of interrogatories for claim | 0.7 | $280.00 |
| 10/4/2023 | Telephone call with John Kovalsky, preparation of interrogatories for claim | 0.6 | $240.00 |
| 10/4/2023 | Telephone call with Mark Corrado, preparation of interrogatories for claim | 0.8 | $320.00 |
| 10/9/2023 | Telephone call with Oneil Parkes, preparation of interrogatories for claim | 0.6 | $240.00 |
| 10/17/2023 | Telephone call with Steven Sforza, preparation of interrogatories for claim | 0.6 | $240.00 |
| 10/18/2023 | Revisions to damage estimates by Gerard Pietrafesa and Carlos Patrick | 0.4 | $160.00 |
| 10/18/2023 | Telephone call with Angelo Amendolia, preparation of interrogatories for claim | 0.6 | $240.00 |
| 11/2/2023 | Order re submission of joint status order | 0.1 | $40.00 |
| 11/13/2023 | Drafting and filing of Joint Status Letter | 0.3 | $120.00 |
| 11/14/2023 | R&R of order extending time to complete discovery, scheduling depositions and dispositive motions | 0.1 | $40.00 |
| 11/28/2023 | R&R of employment documentation discovery from defendants re Pietrafesa, Clark, Corrado | 0.8 | $320.00 |
| 11/29/2023 | R&R of employment documentation discovery from defendants re Raines and Parkes | 0.7 | $280.00 |
| 11/30/2023 | R&R of employment documentation discovery from defendants re Carlos Patrick | 0.4 | $160.00 |
| 12/1/2023 | R&R of employment documentation discovery from defendants re Yuri Oblige hart | 0.6 | $240.00 |

| | | | |
|---|---|---|---|
| 12/4/2023 | Telephone status conferenced with Magistrate Dunst and defendants' counsel | 0.2 | $80.00 |
| 12/4/2023 | R&R of minutes re telephone status conferenced with Magistrate Dunst and defendants' counsel | 0.1 | $40.00 |
| 12/6/2023 | Telephone call with Kenneth Hardi, preparation of interrogatories for claim | 0.7 | $280.00 |
| 12/8/2023 | R&R of employment documentation discovery from defendants re Anderson | 0.3 | $120.00 |
| 12/20/2023 | Telephone conversations with Gerard Pietrafea and Carlos Patrick in preparation for deposition | 1.2 | $480.00 |
| 12/21/2023 | Deposition of Gerard Pietrafesa | 1 | $400.00 |
| 12/21/2023 | Deposition of Carlos Patrick | 1.2 | $480.00 |
| 10/21/2023 | Travel between office and defendant counsel office for depositions | 0.7 | $280.00 |
| 1/15/2024 | Telephone conversations with Yuri Oblige hart in preparation for deposition | 0.4 | $160.00 |
| 1/16/2024 | Deposition of Yuri Oblige hart | 1.1 | $440.00 |
| 1/16/2024 | Travel between office and defendant counsel office for deposition | 0.7 | $280.00 |
| 1/15/2024 | Telephone conversations with James Perez in preparation for deposition | 0.4 | $160.00 |
| 1/17/2004 | Deposition of James Perez | 1 | $400.00 |
| 1/16/2024 | Travel between office and defendant counsel office for deposition | 0.7 | $280.00 |
| 1/22/824 | Telephone call with Mauricio Tije, preparation of interrogatories for claim | 0.6 | $240.00 |
| 2/14/2024 | Receipt and review of order adjourning status conference | 0.1 | $40.00 |
| 2/18/2024 | Preparation of Rule 56.1 statement in support of request for conference re motion for summary judgment | 0.9 | $360.00 |
| 2/21/2024 | Continued preparation of Rule 56.1 statement in support of request for conference re motion for summary judgment | 2.4 | $960.00 |
| 2/22/2024 | Continued preparation of Rule 56.1 statement in support of request for conference re motion for summary judgment | 3.1 | $1,240.00 |
| 2/23/2024 | Continued preparation of Rule 56.1 statement in support of request for conference re motion for summary judgment | 1.5 | $600.00 |
| 2/23/2024 | Preparation of letter motion seeking permission to move for summary judgment | 4.1 | $1,640.00 |
| 2/23/2024 | Preparation of exhibits in support of letter motion seeking permission to move for summary judgment | 1.1 | $440.00 |
| 2/26/2024 | Receipt and review of defendants' letter motion seeking permission to move for summary judgment | 0.4 | $160.00 |
| 3/8/2024 | Receipt and review of defendants' supplemental exhibit list | 0.2 | $80.00 |
| 3/11/2024 | Preparation and filing of opposition to defendants' letter motion seeking permission to move for summary judgment | 3.6 | $1,440.00 |

| | | | |
|---|---|---|---|
| 3/17/2024 | Preparation of opposing Rule 56.1 statement | 1.8 | $720.00 |
| 3/18/2024 | Continued preparation of opposing Rule 56.1 statement | 1.5 | $600.00 |
| 4/2/2024 | Receipt and review of order adjourning status conference | 0.1 | $40.00 |
| 4/26/2024 | Drafting of request to Court for expedited resolution of motions for summary judgment | 0.4 | $160.00 |
| 4/29/2024 | R&R of letter from defendants' counsel seeking adjournment of MSJ argument date | 0.1 | $40.00 |
| 4/29/2024 | R&R of letter order denying requests for pre-MSJ conferences, providing MSJ briefing schedule | 0.2 | $80.00 |
| 5/6/2024 | Preparation of preliminary statement section of memorandum of law in support of motion for summary judgment | 0.5 | $200.00 |
| 5/6/2024 | Preparation of procedural history section of memorandum of law in support of motion for summary judgment | 2.3 | $920.00 |
| 5/6/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re MSJ standard | 0.3 | $120.00 |
| 5/7/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re defendants are liable for unpaid overtime and spread of hours | 1.6 | $640.00 |
| 5/7/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re defendants were employees not independent contractors | 2.9 | $1,160.00 |
| 5/7/2024 | R&R of Order scheduling in person MSJ oral argument | 0.1 | $40.00 |
| 5/7/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re plaintiffs are not precluded from arguing that they are employees | 1.2 | $480.00 |
| 5/8/2024 | Preparation of moving Rule 56.1 statement | 0.8 | $320.00 |
| 5/8/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re determinations of UAIB are irrelevant | 1.3 | $520.00 |
| 5/8/2024 | Plaintiffs are entitled to reimbursement for expenses and mileage | 1.5 | $600.00 |
| 5/9/2024 | Plaintiffs are entitled to liquidated damages | 2 | $800.00 |
| 5/9/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re plaintiffs are entitled to statutory damages for defendants' failure to provide mandatory employment documents | 1.4 | $560.00 |
| 5/9/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re plaintiffs are can establish damages | 1.3 | $520.00 |
| 5/9/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re individual liability of defendants | 0.4 | $160.00 |

| | | | |
|---|---|---|---|
| 5/10/2024 | Continued preparation of section of memorandum of law in support of motion for summary judgment re individual liability of defendants | 2.8 | $1,120.00 |
| 5/10/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re three year statute of limitations should apply | 0.4 | $160.00 |
| 5/10/2024 | Preparation of section of memorandum of law in support of motion for summary judgment re attorneys fees | 0.3 | $120.00 |
| 5/10/2024 | Preparation of tables of contents and authorities for Motion for Summary Judgment | 1.6 | $640.00 |
| 5/10/2024 | Assembly and finalization of Exhibits in support of Motion for Summary Judgment | 1.9 | $760.00 |
| 5/10/2024 | Drafting of Notice of Motion for SJ | 0.4 | $160.00 |
| 5/10/2024 | Drafting attorney declaration in support of MSJ | 0.4 | $160.00 |
| 5/10/2024 | Preparation of Motion for Summary Judgment cover letter to defendants' counsel | 0.4 | $160.00 |
| 5/10/2024 | R&R of defendants MSJ, including memorandum of law, affidavits and exhibits | 0.7 | $280.00 |
| 5/13/2024 | R&R of defendants' joint request for additional time to respond to SJ motions | 0.1 | $40.00 |
| 5/13/2024 | R&R of defendants' letter re his inadvertent violation of bundling rule | 0.1 | $40.00 |
| 5/14/2024 | R&R of Order extending MSJ response/reply deadlines, scheduling in person MSJ oral argument | 0.1 | $40.00 |
| 5/22/2024 | R&R of Order cancelling in person MSJ oral argument | 0.1 | $40.00 |
| 5/24/2024 | R&R of Mark Corrado texts from defendants' counsel | 0.8 | $320.00 |
| 5/28/2024 | Preparation of opposition to defendant MSJ Rule 56.1 statement | 3.4 | $1,360.00 |
| 5/29/2024 | Preparation of preliminary statement section Memorandum of law in opposition to defendant MSJ | 0.3 | $120.00 |
| 5/29/2024 | Preparation of background section Memorandum of law in opposition to defendant MSJ re Everlast | 2.9 | $1,160.00 |
| 5/29/2024 | Preparation of background section Memorandum of law in opposition to defendant MSJ re procedural history | 1.1 | $440.00 |
| 5/29/2024 | Preparation of Memorandum of law in opposition to defendant MSJ re SJ standard | 0.3 | $120.00 |
| 5/30/2024 | Preparation of Memorandum of law in opposition to defendant MSJ re defendant liability` | 3 | $1,200.00 |
| 5/30/2024 | Preparation of Memorandum of law in opposition to defendant MSJ re individual liability | 2.6 | $1,040.00 |
| 5/31/2024 | Continued preparation of Memorandum of law in opposition to defendant MSJ re individual liability | 4 | $1,600.00 |
| 5/31/2024 | Preparation of Tables of contents and authorities for Memorandum of law in opposition to defendant MSJ | 1.2 | $480.00 |

| | | | |
|---|---|---|---|
| 5/31/2024 | Preparation of Exhibits in opposition to defendant MSJ | 0.9 | $360.00 |
| 5/31/2024 | Preparation of affirmation of BLG in opposition to defendant MSJ | 0.3 | $120.00 |
| 5/31/2024 | Preparation of cover letter re opposition to defendant MSJ | 0.4 | $160.00 |
| 6/6/2024 | Drafting and filing letter motion for adjournment of due date for parties' SJ replies | 0.3 | $120.00 |
| 6/7/2024 | Research re judicial dispositions | 0.3 | $120.00 |
| 6/7/2024 | Preparation of preliminary statement section of Reply memorandum in further support of MSJ | 0.7 | $280.00 |
| 6/7/2024 | Preparation of response to background allegations section of Reply memorandum in further support of MSJ | 1.8 | $720.00 |
| 6/7/2024 | Receipt and review of order extending filing deadline | 0.1 | $40.00 |
| 6/7/2024 | Preparation of section of Reply memorandum in further support of MSJ re defendants were employers regardless of monitoring of plaintiffs | 1.2 | $480.00 |
| 6/9/2024 | Preparation of section of Reply memorandum in further support of MSJ re employees cannot lawfully contract away their labor law rights | 1.3 | $520.00 |
| 6/9/2024 | Preparation of section of Reply memorandum in further support of MSJ re plaintiffs have satisfied their damages burdens | 2.3 | $920.00 |
| 6/9/2024 | Preparation of section of Reply memorandum in further support of MSJ re defendants are not entitled to SJ | 2.7 | $1,080.00 |
| 6/10/2024 | Preparation of section of Reply memorandum in further support of MSJ re defendants alleged rule against starting early cannot shield them from liability | 0.9 | $360.00 |
| 6/10/2024 | Continued preparation of section of Reply memorandum in further support of MSJ re defendants are not entitled to SJ | 1.1 | $440.00 |
| 6/10/2024 | Preparation of section of Reply memorandum in further support of MSJ re plaintiffs were not independent contractors | 0.6 | $240.00 |
| 6/10/2024 | Preparation of section of Reply memorandum in further support of MSJ re statutes of limitation | 1.4 | $560.00 |
| 6/10/2024 | Preparation of section of Reply memorandum in further support of MSJ re distinguishing defendants' cases | 0.5 | $200.00 |
| 6/10/2024 | Preparation Reply affirmation in further support of MSJ | 0.3 | $120.00 |
| 6/10/2024 | Preparation Reply affirmation in further support of MSJ tables of contents and authorities | 1 | $400.00 |
| 6/10/2024 | Preparation of cover letter for Court re MSJ filings | 0.4 | $160.00 |
| 6/10/2024 | R&R of defendants' Reply in further support of MSJ | 0.3 | $120.00 |
| 8/12/2024 | Order scheduling video conference with Court and defendants re parties' MSJ's | 0.1 | $40.00 |
| 8/21/2024 | Video conference with Court and defendants re parties' MSJ's | 0.4 | $160.00 |
| 8/21/2024 | email to clients re conference with Judge | 0.2 | $80.00 |

| | | | |
|---|---|---|---|
| 8/21/2024 | Receipt and review of order re video conference with Court and defendants re parties' MSJ's | 0.1 | $40.00 |
| 8/23/2024 | drafting and sending letters to Ken Hardy, Martin Heneghan, and Samuel Blue re need for discovery production/risk of dismissal for claim | 0.5 | $200.00 |
| 8/28/2024 | Drafting and filing letter to Judge Morrison re status of missing defendants | 0.3 | $120.00 |
| 8/28/2024 | Telephone call with Samuel Blue, preparation of interrogatories for claim | 0.6 | $240.00 |
| 8/29/2024 | Receipt and review of cancellation of status conference | 0.1 | $40.00 |
| 9/17/2024 | R&R of employment documentation discovery from defendants re Samuel Blue | 0.4 | $160.00 |
| 9/19/2024 | R&R of order extending JPTO filing deadline | 0.1 | $40.00 |
| 10/1/2024 | Drafting of JPTO | 1.5 | $600.00 |
| 10/2/2024 | Receipt and review re holding motion to dismiss Sam Blue in abeyance | 0.1 | $40.00 |
| 10/2/2024 | Receipt and review re order re pretrial submissions, trial schedule | 0.1 | $40.00 |
| 10/2/2024 | R&R of defendants draft of JPTO and of defendants' trial exhibits | 0.8 | $320.00 |
| 10/3/2024 | R&R of defendant's opposition to motion seeking 1 day extension of deadlines for filing JPTO | 0.1 | $40.00 |
| 10/3/2024 | Drafting and filing response to defendant's opposition to motion seeking 1 day extension of deadlines for filing JPTO | 0.3 | $120.00 |
| 10/4/2024 | Receipt and review of order extending JPTO filing deadline | 0.1 | $40.00 |
| 10/6/2024 | Comparing JPTO provided by defendant with plaintiff, preparing track changes version to highlight disagreements | 1.1 | $440.00 |
| 10/7/2024 | R&R of defendant's request for additional extension of deadlines for filing JPTO | 0.1 | $40.00 |
| 10/8/2024 | Receipt and review of order extending JPTO filing deadline | 0.1 | $40.00 |
| 10/8/2024 | Continued drafting of JPTO | 2.5 | $1,000.00 |
| 10/9/2024 | Continued drafting of JPTO | 1.1 | $440.00 |
| 10/10/2024 | Deposition of Samuel Blue | 1.2 | $480.00 |
| 10/10/2024 | Travel between office and defendant counsel office for deposition | 0.7 | $280.00 |
| 10/11/2024 | R&R of defendants exhibit spreadsheet | 0.4 | $160.00 |
| 10/11/2024 | Finalizing JPTO | 1.1 | $440.00 |
| 10/13/2024 | R&R of trial management order | 0.1 | $40.00 |
| 10/14/2024 | Drafting and filing joint request for adjournment of trial date | 0.4 | $160.00 |
| 10/16/2024 | Order rescheduling pretrial conference and commencement of trial | 0.1 | $40.00 |
| 10/17/2024 | Research in support of Motion in Limine re witnesses who were never identified but for whom affidavit was produced in prior motion practice | 2.3 | $920.00 |

| | | | |
|---|---|---|---|
| 10/17/2024 | Preparation of Notice of Motion in Limine | 0.6 | $240.00 |
| 10/18/2024 | Preparation of preliminary statement section of memorandum of law in support of motion in limine | 0.4 | $160.00 |
| 10/18/2024 | Preparation of background section of memorandum of law in support of motion in limine | 2.2 | $880.00 |
| 10/18/2024 | Preparation of argument section of memorandum of law in support of motion in limine re undisclosed witnesses must be precluded | 0.7 | $280.00 |
| 10/19/2024 | Continued preparation of argument section of memorandum of law in support of motion in limine re undisclosed witnesses must be precluded | 2.5 | $1,000.00 |
| 10/20/2024 | Continued preparation of argument section of memorandum of law in support of motion in limine re undisclosed witnesses must be precluded | 3.2 | $1,280.00 |
| 10/21/2024 | Continued preparation of argument section of memorandum of law in support of motion in limine re undisclosed witnesses must be precluded | 0.8 | $320.00 |
| 10/21/2024 | Preparation of affirmation in support of motion in limine re undisclosed witnesses must be precluded | 0.3 | $120.00 |
| 10/21/2024 | Preparation of memorandum of law in support of motion in limine tables of authorities and contents | 0.5 | $200.00 |
| 10/21/2024 | preparing exhibits and filing motion in limine | 1.1 | $440.00 |
| 10/24/2024 | R&R of opposition to motion in limine | 0.5 | $200.00 |
| 10/30/2024 | R&R of Order granting motion in limine | 0.3 | $120.00 |
| 10/30/2024 | R&R of inquiry from court re status of Samuel Blue claims | 0.1 | $40.00 |
| 10/30/2024 | R&R of letter re withdrawal of motion to dismiss Samuel Blue claims | 0.1 | $40.00 |
| 11/1/2024 | R&R of court's granting of withdrawal of motion to dismiss Samuel Blue claims | 0.1 | $40.00 |
| 11/12/2024 | R&R of defendants' motion for partial reconsideration of motion in limine | 0.2 | $80.00 |
| 11/13/2024 | R&R of notice re plaintiffs' schedule for responding to motion for partial reconsideration of motion in limine | 0.1 | $40.00 |
| 11/25/2024 | Drafting of opposition to defendants' motion to reconsider motion in limine | 1.6 | $640.00 |
| 11/26/2024 | R&R of defendants' Reply in further support of motion for partial reconsideration of motion in limine | 0.1 | $40.00 |
| 12/12/2024 | R&R of defendants' motion to move trial to Central Islip | 0.1 | $40.00 |
| 12/16/2024 | R&R of court's denial of defendants' motion to move trial to Central Islip | 0.1 | $40.00 |
| 12/17/2024 | R&R of Court's determination re defendants motion for reconsideration of motion *in limine* | 0.3 | $120.00 |
| 12/30/2024 | Review of Pietrefessa deposition testimony and outlying key points in preparation for trial | 1.3 | $520.00 |

| | | | |
|---|---|---|---|
| 12/31/2024 | Review of Carlos Patrick deposition testimony and outlying key points in preparation for trial | 1.1 | $440.00 |
| 12/31/2024 | Review of Oblige hart deposition testimony and outlying key points in preparation for trial | 0.9 | $360.00 |
| 1/2/2025 | Review of James Perez deposition testimony and outlying key points in preparation for trial | 2.1 | $840.00 |
| 1/3/2025 | Review of Samuel Blue deposition testimony and outlying key points in preparation for trial | 1.5 | $600.00 |
| 1/4/2025 | Review of Frank Rafter deposition testimony and outlying key points in preparation for trial | 3 | $1,200.00 |
| 1/5/2025 | Review of Tom Kelly deposition testimony and outlying key points in preparation for trial | 1.1 | $440.00 |
| 1/6/2025 | Continued review of Tom Kelly deposition testimony and outlying key points in preparation for trial | 1.7 | $680.00 |
| 1/6/2025 | Review of Sefu Simms deposition testimony and outlying key points in preparation for trial | 3.2 | $1,280.00 |
| 1/9/2025 | Preparing trial strategy, outlining plans for direct, cross, rebuttal, preparation of opening and closing statements | 2.2 | $880.00 |
| 1/9/2025 | Review of Arthur Flynn deposition testimony and outlying key points in preparation for trial | 1.9 | $760.00 |
| 1/10/2025 | Continued review of Arthur Flynn deposition testimony and outlying key points in preparation for trial | 2.3 | $920.00 |
| 1/10/2025 | Review of Anne Teifenworth deposition testimony and outlying key points in preparation for trial | 1.1 | $440.00 |
| 1/11/2025 | Continued review of Anne Teifenworth deposition testimony and outlying key points in preparation for trial | 1.3 | $520.00 |
| 1/12/2025 | Review of Lisa Paone deposition testimony and outlying key points in preparation for trial | 4.4 | $1,760.00 |
| 1/12/2025 | Review of Alexa Tiefenworth deposition testimony and outlying key points in preparation for trial | 2.8 | $1,120.00 |
| 1/13/2025 | Preparation of Lisa Paone direct examination/likely cross examination out line and questions | 3.6 | $1,440.00 |
| 1/13/2025 | Preparation of Anne Tiefenworth direct examination/likely cross examination out line and questions | 2.8 | $1,120.00 |
| 1/14/2025 | Preparation for trial re parties' payment records, checks, Calanders, schedules, and discrepancies between documents, review file re same | 3.6 | $1,440.00 |
| 1/14/2025 | Filing of electronic exhibits | 0.5 | $200.00 |
| 1/15/2025 | Preparation for trial re tax filings, affidavits and statements, review file re same | 3.1 | $1,240.00 |
| 1/16/2025 | pretrial conference | 0.5 | $200.00 |
| 1/16/2025 | Continued preparation for trial re parties' payment records, checks, Calanders, schedules, and discrepancies between documents, review file re same | 2.4 | $960.00 |

| | | | |
|---|---|---|---|
| 1/17/2025 | Preparation of Arthur Flynn direct examination/likely cross examination out line and questions | 3.4 | $1,360.00 |
| 1/17/2025 | Preparation for trial re parties' texts and correspondence, review file re same | 2.8 | $1,120.00 |
| 1/18/2025 | Preparation of multiple binders of trial exhibits | 4 | $1,600.00 |
| 1/18/2025 | Preparation of Tom Kelly direct examination/likely cross examination out line and questions | 2.6 | $1,040.00 |
| 1/19/2025 | Preparation of Sefu Simms direct examination/likely cross examination out line and questions | 3.1 | $1,240.00 |
| 1/19/2025 | Preparation of John Kovalsky direct examination/likely cross examination out line and questions | 2.6 | $1,040.00 |
| 1/19/2025 | Preparation of Corrado direct examination/likely cross examination out line and questions | 2.9 | $1,160.00 |
| 1/20/2025 | Meet with Tom Kelly to prepare for trial | 2.2 | $880.00 |
| 1/20/2025 | Revisions to Tom Kelly trial direct/cross/redirect outline | 1.1 | $440.00 |
| 1/20/2025 | Meet with Sefu Simms to prepare for trial | 1.8 | $720.00 |
| 1/20/2025 | Revisions to Sefu Simms trial direct/cross/redirect outline | 0.9 | $360.00 |
| 1/21/2025 | Meet with John Kovalsky to prepare for trial | 2.3 | $920.00 |
| 1/21/2025 | Revisions to John Kovalsky trial direct/cross/redirect outline | 2 | $800.00 |
| 1/21/2025 | Meet with Mark Corrado to prepare for trial | 2.2 | $880.00 |
| 1/21/2025 | Revisions to Mark Corrado trial direct/cross/redirect outline | 1.4 | $560.00 |
| 1/22/2025 | Meet with Gerard Pietrafessa to prepare for trial | 1.7 | $680.00 |
| 1/22/2025 | Revisions to Gerard Pietrafessa trial direct/cross/redirect outline | 1.2 | $480.00 |
| 1/22/2025 | Preparation of Alexa Tiefenworth direct examination/likely cross examination out line and questions | 3.2 | $1,280.00 |
| 1/22/2025 | Preparation of opening statement for trial | 1.3 | $520.00 |
| 1/23/2025 | Trial | 6 | $2,400.00 |
| 1/23/2025 | Travel back and forth between Great Neck office and courthouse in Brooklyn via LIRR, subway, and walking | 2 | $800.00 |
| 1/23/2025 | Revisions to outlines, arrangement of exhibits, and other preparation for following day at trial | 1.5 | $600.00 |
| 1/24/2025 | Trial | 5 | $2,000.00 |
| 1/24/2025 | Travel back and forth between Great Neck office and courthouse in Brooklyn via LIRR, subway, and walking | 2 | $800.00 |
| 1/26/2025 | Meet with Frank Rafter to prepare for trial | 2.3 | $920.00 |
| 1/26/2025 | Revisions to Frank Rafter trial direct/cross/redirect outline | 1.6 | $640.00 |
| 1/26/2025 | Meet with James Perez to prepare for trial | 1.8 | $720.00 |
| 1/26/2025 | Revisions to James Perez trial direct/cross/redirect outline | 0.9 | $360.00 |
| 1/26/2025 | Revisions to outlines, arrangement of exhibits, and other preparation for following day at trial | 1.6 | $640.00 |
| 1/27/2025 | Trial | 7 | $2,800.00 |
| 1/27/2025 | Travel back and forth between Great Neck office and courthouse in Brooklyn via LIRR, subway, and walking | 2 | $800.00 |

| | | | |
|---|---|---|---|
| 1/27/2025 | Revisions to outlines, arrangement of exhibits, and other preparation for following day at trial | 1 | $400.00 |
| 1/28/2025 | Trial | 3 | $1,200.00 |
| 1/28/2025 | Travel back and forth between Great Neck office and courthouse in Brooklyn via LIRR, subway, and walking | 2 | $800.00 |
| 1/28/2025 | Revisions to outlines, arrangement of exhibits, and other preparation for following day at trial | 1.1 | $440.00 |
| 1/29/2025 | Trial | 6.5 | $2,600.00 |
| 1/29/2025 | Picking up Frank Rafter in Islip, driving him to court, driving him back home and dropping him off | 2.6 | $1,040.00 |
| 1/29/2025 | Preparation for following day at trial including drafting summation | 3.3 | $1,320.00 |
| 1/30/2025 | Trial | 6 | $2,400.00 |
| 1/30/2025 | Travel back and forth between Great Neck office and courthouse in Brooklyn via LIRR, subway, and walking | 2 | $800.00 |
| 1/31/2025 | R&R of minute entry for trial | 0.1 | $40.00 |
| 2/3/2025 | post-trial video conference with court and defendants | 0.3 | $120.00 |
| 2/4/2025 | R&R of order scheduling settlement conference | 0.1 | $40.00 |
| 2/6/2025 | R&R of defendants' motion seeking cancellation of settlement conference | 0.1 | $40.00 |
| 2/17/2025 | Review, annotating and indexing of trial transcripts | 4.3 | $1,720.00 |
| 2/18/2025 | Continued review, annotating and indexing of trial transcripts | 3.9 | $1,560.00 |
| 3/13/2025 | Preparation and motion seeking extension of deadline for post-trial submissions | 0.3 | $120.00 |
| 3/14/2025 | R&R of order extending time of file post trial briefs | 0.1 | $40.00 |
| 3/17/2025 | Receipt and review of Order cancelling settlement conference | 0.1 | $40.00 |
| 3/21/2025 | Preparation of preliminary statement section of post-trial brief | 3.5 | $1,400.00 |
| 3/22/2025 | Preparation of section of post-trial brief re defendants were employers and are jointly and severally liable for plaintiffs' damages | 1.7 | $680.00 |
| 3/23/2025 | Continued preparation of section of post-trial brief re defendants were employers and are jointly and severally liable for plaintiffs' damages | 2.1 | $840.00 |
| 3/23/2025 | preparation of section of post-trial brief re establishment of individual liability for individual defendants | 6.3 | $2,520.00 |
| 3/24/2025 | Preparation of section of post-trial brief re statute of limitations | 3.2 | $1,280.00 |
| 3/24/2025 | preparation of section of post-trial brief re employees' entitlement to damages including liquidated damages | 5.3 | $2,120.00 |
| 3/24/2025 | Preparation of section of post-trial brief re expenses | 1.5 | $600.00 |
| 3/24/2025 | Preparation of section of post-trial brief re taxes | 0.8 | $320.00 |
| 3/24/2025 | Preparation of section of post-trial brief re spread of hours | 1.1 | $440.00 |
| 3/24/2025 | Preparation of section of post-trial brief re statutory damages/fines | 0.8 | $320.00 |
| 3/24/2025 | Preparation of section of post-trial brief re service awards | 2.1 | $840.00 |

| | | | |
|---|---|---|---|
| 3/24/2025 | Preparation of section of post-trial brief re individual damages | 1.8 | $720.00 |
| 3/25/2025 | Continued preparation of section of post-trial brief re individual damages | 4.1 | $1,640.00 |
| 8/2/2025 | Receipt and Review of Findings of Fact and Conclusions of law | 3.5 | $1,400.00 |
| 8/1/2025 | Review of judgment | 0.3 | $120.00 |
| 8/1/2025 | Review of amended judgment with prejudgment interest | 0.3 | $120.00 |
| 8/6/2025 | Receipt and review of revised findings of fact and conclusions of law | 0.3 | |
| 8/14/2025 | Preparation of Memorandum of law in support of motion for attorney's fees and costs | 4 | $1,600.00 |
| | | | |
| | TOTAL: | 496.4 | $198,560.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **Expenses:** | | |
| 8/15/2021 | Purchase of index number | | $402.00 |
| 9/26/2022 | Postage for motion for conditional certification | | $8.02 |
| 11/9/2022 | Fee for Arthur Flynn, Anne Tiefenworth, Lisa Paone, and Alexa Tiefenworth depositions | | $2,952.00 |
| 11/9/2022 | Fee for Frank Paone deposition | | $740.00 |
| 12/29/2022 | Postage for delivery of Frank Paone transcript | | $7.53 |
| 1/22/2025 | LIRR tickets for next day at trial | | $22.75 |
| 1/23/2025 | Subway to/from Penn or Grand Central stations and courthouse in Brooklyn | | $5.80 |
| 1/23/2025 | LIRR tickets for next day at trial | | $22.75 |
| 1/24/2025 | Subway to/from Penn or Grand Central stations and courthouse in Brooklyn | | $5.80 |
| 1/26/2025 | LIRR tickets for next day at trial | | $22.75 |
| 1/27/2025 | Subway to/from Penn or Grand Central stations and courthouse in Brooklyn | | $5.80 |
| 1/27/2025 | LIRR tickets for next day at trial | | $22.75 |
| 1/28/2025 | Subway to/from Penn or Grand Central stations and courthouse in Brooklyn | | $5.80 |
| 1/30/2025 | Subway to/from Penn or Grand Central stations and courthouse in Brooklyn | | $5.80 |
| 1/29/2025 | LIRR tickets for next day at trial | | $22.75 |
| 3/21/2025 | Fee for trial transcripts | | $2,661.75 |
| | | | |
| | | | |
| | | | |
| | TOTAL: | | $6,914.05 |